JOHN E. SHEPHERD, APPELLEE, v. I. P. MATHIS ET AL., APPELLANTS.

COBB, J.

The only question presented by the record in this case is identical with that decided by this court in the cases of *Pettit v. Black, ante* p. 52, and *Russell v. Wilhelm, ante* p. 120. The judgment of the district court will therefore be reversed and the cause remanded for further proceedings in accordance with the views of this court as expressed in the cases above referred to.

REVERSED AND REMANDED.

*J. L. Mitchell,* for Shepherd.

*E. F. Warren,* for Mathis.